0022-47-EPIEXX-00042142-56251

# United States Bankruptcy Court

For The
Eastern District of New York

MICHAEL H DUNDAS  
539 LINDEN BLVD  
BROOKLYN, NY 11203

Case No.: 108-43439-JF  
SS #1: XXX-XX-7787

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. | | | MO. | DAY | YR. | | | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| This case was commenced on | 05 | 31 | 08 | The Plan was confirmed on | | | | | The Case was concluded on | | 12 | 05 | 08 |

Dismissed Prior To Confirmation

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors. $ 9,600.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| MICHAEL H DUNDAS | 777 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| GRP LOAN, LLC | 601 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| GRP LOAN, LLC | 001 | Secured | 91,423.30 | 0.00 | 0.00 | 91,423.30 |
| YONETTE DUNDAS | 002 | Priority | 0.00 | 0.00 | 0.00 | Not Filed |
| ECAST SETTLEMENT CORP | 003 | Unsecured | 1,883.04 | 0.00 | 0.00 | 1,883.04 |
| CITIBANK | 004 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CITIBANK | 005 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CITIBANK | 006 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CITIBANK | 007 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CITIBANK | 008 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| GE MONEY BANK | 009 | Unsecured | 2,214.71 | 0.00 | 0.00 | 2,214.71 |
| ECAST SETTLEMENT CORP | 010 | Unsecured | 1,056.78 | 0.00 | 0.00 | 1,056.78 |
| ECAST SETTLEMENT CORP | 011 | Unsecured | 608.43 | 0.00 | 0.00 | 608.43 |
| ECAST SETTLEMENT CORP | 012 | Unsecured | 2,872.38 | 0.00 | 0.00 | 2,872.38 |
| NISSAN MOTOR ACCEPTANCE C | 013 | Secured | 19,205.14 | 0.00 | 0.00 | 19,205.14 |
| ECAST SETTLEMENT CORP | 014 | Unsecured | 2,014.99 | 0.00 | 0.00 | 2,014.99 |
| PRA RECEIVABLES MGMT LLC | 015 | Unsecured | 2,710.93 | 0.00 | 0.00 | 2,710.93 |
| NEW YORK CITY WATER BOARD | 016 | Secured | 225.51 | 0.00 | 0.00 | 225.51 |
| LVNV FUNDING, LLC | 017 | Unsecured | 1,299.34 | 0.00 | 0.00 | 1,299.34 |
| AMERICREDIT | 018 | DirectPay | 907.11 | 0.00 | 0.00 | DirectPay |
| AMERICREDIT | 602 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| ECAST SETTLEMENT CORP | 019 | Unsecured | 971.08 | 0.00 | 0.00 | 971.08 |

0022-47-EPIEXX-00042142-56251

# United States Bankruptcy Court

For The
Eastern District of New York

MICHAEL H DUNDAS  
539 LINDEN BLVD  
BROOKLYN, NY 11203

Case No.: 108-43439-JF  
SS #1: XXX-XX-7787

## FINAL REPORT AND ACCOUNT

| This case was commenced on | MO. | DAY | YR. | | The Plan was confirmed on | MO. | DAY | YR. | | The Case was concluded on | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 05 | 31 | 08 | | | | | | | | 12 | 05 | 08 |

Dismissed Prior To Confirmation

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.                                       $      9,600.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| MICHAEL H DUNDAS | 999 | Refund | 9,450.00 | 9,450.00 | 0.00 | 0.00 |

I VERIFY THE ABOVE REPORT IS TRUE AND CORRECT AND I HAVE COMPLIED WITH ALL APPLICABLE ORDERS OF THIS COURT.

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 110,853.95 | 0.00 | 15,631.68 | 0.00 | 9,450.00 | 135,935.63 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 0.00 | 0.00 | 0.00 | 0.00 | 9,450.00 | 9,450.00 | |
| INTEREST PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,450.00 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| PATRICK K. SCHAEFER, ESQ. | 2,500.00 | 0.00 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES CLERK'S CHARGES | ADDITIONAL CHARGES .25 EACH CLAIM OVER 10 | TRUSTEE EXPENSE FUND | TRUSTEE COMPENSATION FUND | OTHER COST | |
|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | 150.00 | 0.00 | 0.00 | 150.00 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and The Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just. Pursuant to FRBP 5009, I hereby certify that the above captioned case has been fully administered.

/s/ Marianne DeRosa

Marianne DeRosa